# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FILED
NOV 29 2017
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| ANDREW ALLEN VAN VOORHIES | CASE NUMBER: 17CR3984-CAB |

I, ANDREW ALLEN VAN VOORHIES, the above-named defendant, who is accused of committing the following offenses:

> Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 11-29-17 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Defense Counsel

Before _____
Judicial Officer

ANDREW G. SCHOPLER
U.S. MAGISTRATE JUDGE